NL Quality Med., P.C. v GEICO Ins. Co. (2020 NY Slip Op 50998(U))

[*1]

NL Quality Med., P.C. v GEICO Ins. Co.

2020 NY Slip Op 50998(U) [68 Misc 3d 132(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-2005 K C

NL Quality Medical, P.C., as Assignee of
Alexander, Tomas, Respondent,
against
GEICO Ins. Co., Appellant. 

Rivkin Radler, LLP, (Stuart M. Bodoff and Cheryl F. Korman of counsel), for appellant.
The Rybak Firm, PLLC, (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered September 5, 2018. The order, insofar as appealed from, denied defendant's
motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear
for duly scheduled examinations under oath, and plaintiff cross-moved for summary judgment.
Defendant appeals from so much of an order of the Civil Court as denied defendant's
motion.
For the reasons stated in NL Quality Med., P.C., as Assignee of Sumlar, Tanya v GEICO
Ins. Co., (___ Misc 3d ___, 2020 NY Slip Op ______ [appeal No. 2018-2004 K C],
decided
herewith), the order, insofar as appealed from, is reversed and defendant's motion for
summary judgment dismissing the complaint is granted.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020